Opinion issued October 21, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00475-CV

_____

**JOHN GILBERT ALVARADO, Appellant**

**V.**

**N.N.R. A/K/A N.N.C., Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-24280**

---

## MEMORANDUM OPINION

Appellant John Gilbert Alvarado filed a notice of appeal from the trial court's April 30, 2025 protective order. Appellant's brief was initially due on August 27, 2025, but appellant did not file a brief.

On September 9, 2025, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. To date, appellant has not filed a brief or otherwise responded to the notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief); 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of appeal for failure to comply with notice from Clerk of Court), 43.2(f) (listing dismissal of appeal as possible appellate judgment).

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.